**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CHRISTOPHER GALLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>COGNISM INC.,<br><br>Defendant. | Case No.: 1:25-cv-13153-BEM<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Cognism Inc. ("Cognism") respectfully moves this Court to dismiss the amended complaint filed by Plaintiff Christopher Galli (ECF No. 20) for failure to state a claim. In support of this Motion, Cognism incorporates by reference and relies upon the arguments and authorities set forth in its concurrently filed Memorandum of Law in Support of its Motion to Dismiss.

For the reasons stated therein, Cognism respectfully requests that the Court dismiss Plaintiff's amended complaint in its entirety with prejudice.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7.1(d) of the Local Rules of the Untied States District Court for the District of Massachusetts, Cognism respectfully requests oral argument on this Motion

Dated: February 9, 2026

Respectfully submitted,

/s/ Michael S. Sommer
Michael S. Sommer (admitted *pro hac vice*)
J. Ariel Jeong (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI,
PROFESSIONAL CORPORATION
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (212) 999-5800
Email: msommer@wsgr.com
        ajeong@wsgr.com

Matthew D. Gorman (BBO#569406)
WILSON SONSINI GOODRICH & ROSATI,
PROFESSIONAL CORPORATION
One Boston Place, 201 Washington St., Suite 200
Boston, Massachusetts 02109
Telephone: (212) 497-7786
Email: mgorman@wsgr.com

*Attorneys for Defendant Cognism Inc.*

-3-

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that the parties met and conferred with counsel for Plaintiff regarding this Motion. Plaintiff opposes the relief sought in this Motion.

*s/ J. Ariel Jeong*
J. Ariel Jeong

-4-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2026, I caused a true and correct copy of the above document to be filed on the Court's ECF system, and thereby served on all counsel of record who have appeared in the action.

<div align="center" style="margin-left:50%">

*s/ Michael S. Sommer*
Michael S. Sommer

</div>